UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | |
| YOURI BEITDASHTOO ) | Case No. 11-16702-BFK |
| ) | Chapter 7 (Converted Chapter 13) |
| _____ ) | |
| ) | |
| NATIONWIDE REGISTRY & ) | |
| SECURITY LTD. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | |
| YOURI BEITDASHTOO ) | |
| ) | |
| and ) | |
| ) | |
| DONALD F. KING, TRUSTEE ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

**ORDER GRANTING RELIEF FROM THE STAY**

Upon consideration of the Motion of Nationwide Registry & Security, Ltd, ("NRS"), to lift the automatic stay; it is, therefore

**ORDERED** that the automatic stay imposed by 11 U.S.C. § 362 is modified to permit NRS to enforce its rights under that certain Deed of Trust against the property known as Lot Sixty-six (66), Section Four (4), Chain Bridge Forest, also known as 4054 - 41st Street, North, McLean, Virginia 22101 (the "Property") dated August 2, 2011, and recorded as Instrument No. 2011-029643.001 in Deed Book 21787 at Page 1887 in the Clerk's Office of the Circuit Court of the County of Fairfax,("NRS Trust"); and it is further,

*Robert L. Vaughn, Jr., VSB 20633*
*11490 Commerce Park Drive, Suite 510*
*Reston, VA 20191*
*(703) 689-2100*

**ORDERED** that the automatic stay imposed by 11 U.S.C. § 362 is modified to permit NRS

to pursue its pending action against the Debtor and his wife, Nahid Ahmadpour in the Circuit Court of Fairfax County, Virginia, Case No. Case No. 2010-15001.

Dated: _____, 2012.

_____
BRIAN F. KENNEY
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: _____

**I ASK FOR THIS:**

**O'CONNOR & VAUGHN LLC**
11490 Commerce Park Drive, Suite 510
Reston, Virginia 20191
(703) 689-2100 Telephone
(703) 471-6496 Facsimile

By    /s/ Robert L. Vaughn, Jr.
     Robert L. Vaughn, Jr., VSB # 20633
     *Counsel for NRS*

   /s/ Nathan A. Fisher        *[with permission via email of 7/7/12 to Robert L. Vaughn]*
Nathan A. Fisher, Esq.
8977 Chain Bridge Road, #2
Fairfax, Virginia 22030
*Counsel for Debtor*

**ODIN FELDMAN & PITTLEMAN, P.C.**
9302 Lee Highway, Suite 1100
Fairfax, Virginia 22030
(703) 218-2134 Telephone
(703) 218-2160 Facsimile

By    /s/ James W. Reynolds *[via email dated 6/29/2012]*
     James W. Reynolds, VSB #33226
     *Counsel for Donald F. King, Chap. 7 Trustee*