Katherine M. Sutcliffe Becker, No. 65256
STINSON MORRISON HECKER LLP
1775 Pennsylvania Ave., N.W.
Suite 800
Washington, DC  20006
Tel:  (202) 785-9100
Fax:  (202) 785-9163
kbecker@stinson.com

*Attorneys for Marc E. Albert, Chapter 7 Trustee*
*for the estate of HEMETAF, Inc.*

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| In re: | Case No. 11-16702-BFK |
| | Chapter 7 |
| YOURI BEITDASHTOO, | |
| Debtor. | |

**ORDER DENYING APPROVAL OF THE MOTION FOR APPROVAL OF SETTLEMENT FILED BY NATIONWIDE REGISTRY AND SECURITY LTD.**

This matter came before the court on the Motion for Approval of Settlement ("Motion") filed by Nationwide Registry and Security Ltd. ("NRS"), the Objection of Marc E. Albert, Chapter 7 for the Estate of HEMETAF, Inc. to the Motion ("Objection") and the hearing on September 11, 2012 at the 10:00 a.m. docket.  In the Motion NRS sought approval of a settlement with Donald F. King, the chapter 7 Trustee for Youri Beitdashtoo ("Debtor"), pursuant to which the Debtor's estate would retain $8,000.00 and NRS would be paid $12,100.00.  Mr. Albert objected and asserted an interest on behalf of the HEMETAF, Inc. bankruptcy estate.  Upon consideration of the Motion, Objection, and the argument of counsel at the hearing on the September 11, 2012, this Court finds that the issues raised are more properly resolved by an adversary proceeding.  It is therefore hereby:

     **ORDERED** that the Motion is **DENIED**.

Dated: _____

                                _____
                                BRIAN F. KENNEY
                                UNITED STATES BANKRUPTCY JUDGE
                                Entered on Docket:

WE ASK FOR THIS:

/s/ Katherine M. Sutcliffe Becker
Katherine M. Sutcliffe Becker, No. 65256
Stinson Morrison Hecker LLP
Tel: (202) 785-9100
Counsel for Marc E. Albert, Trustee

SEEN AND AGREED TO:

/s/ James W. Reynolds
James W. Reynolds, No. 33226 (permission for electronic signature
given by pdf copy of original dated 9/18/2012)
Odin, Feldman & Pittleman
Tel: (703) 218-2134
Counsel for Donald F. King, Trustee

/s/ Robert L. Vaughn, Jr.,
Robert L. Vaughn, Jr., No. 20633  (permission for electronic
signature given by electronic mail dated 9/18/2012)
O'Connor & Vaughn LLC
(703)689-2100
Counsel for NRS

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

                                                /s/ Katherine M. Sutcliffe Becker
Katherine M. Sutcliffe Becker

Copies to:

Robert L. Vaughn
O'Connor & Vaughn LLC
11490 Commerce Park Drive
Suite 510
Reston, VA 20191

James W. Reynolds
Odin, Feldman & Pittleman
1775 Wiehle Avenue, Suite 400
Reston, VA 20190

Nathan A. Fisher
3977 Chain Bridge Road, #2
Fairfax, VA 22030

Joseph A. Guzinski, Esq.
Office of the U.S. Trustee
115 South Union Street, Ste. 210
Alexandria, VA 22314