**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **YOURI BEITDASHTOO**, | * | **Case No. 11-16702-BFK** |
| | * | **Chapter 7** |
| Debtor. | * | |

## ORDER APPROVING SETTLEMENT

THIS MATTER comes on upon the motion of Donald F. King, Trustee (the "Beitdashtoo Trustee") for approval of the settlement with Marc E. Albert, Trustee (the "Hemetaf Trustee"), and

IT APPEARING that, while the case was in chapter 13, Youri Beitdashtoo (the "Debtor") paid the total amount of $20,100.00 (the "Funds") to the chapter 13 trustee while attempting to get a chapter 13 plan confirmed; that upon the conversion of this case to chapter 7 the chapter 13 trustee turned the Funds over to the Trustee pending further order of this Court; that, as evidenced by the endorsement of the Debtor's counsel hereon, the Debtor does not claim any interest in the Funds; that the Funds were derived from the business operations of HEMETAF, Inc., which filed a chapter 7 bankruptcy case in the District of Columbia [case number 12-00232]; and that the Hemetaf Trustee is the duly appointed chapter 7 trustee in the HEMETAF, Inc. bankruptcy case, and

IT FURTHER APPEARING that the Beitdashtoo Trustee and the Hemetaf Trustee both assert an ownership interest in the Funds; and subject to this Court's approval, the Beitdashtoo Trustee and the Hemetaf Trustee have settled their claims relating to the Funds; that pursuant to this settlement, the Beitdashtoo Trustee will retain $9,100.00 and the remaining amount of the Funds (approximately $11,000.00) shall be

turned over to the Hemetaf Trustee; and that there is sufficient cause for approving the settlement, it is therefore

ORDERED that the settlement, as described above, between the Beitdashtoo Trustee and the Hemetaf Trustee is hereby approved.

Dated: May 30 2013

/s/ Brian F. Kenney
_____
**BRIAN F. KENNEY**
U.S. Bankruptcy Judge

Entered: 5/30/2013 sas

I ask for this:

__/s/ James W. Reynolds_____
**James W. Reynolds, Esquire, VSB No. 33226**
**Counsel for Donald F. King, Trustee**
**ODIN FELDMAN & PITTLEMAN PC**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Direct:  703-218-2134**
**Fax:  703-218-2160**
**E-Mail:  Jim.Reynolds@ofplaw.com**

Seen and Agreed:

__/s/ Katherine M. Sutcliffe Becker_____
**Katherine M. Sutcliffe Becker, Esquire, VSB No. 65256**
**Counsel for Marc E. Albert, Trustee**
**STINSON MORRISON HECKER LLP**
**1775 Pennsylvania Avenue, N.W., Suite 800**
**Washington, D.C.  20006**
**(202) 785-9100**
kbecker@stinson.com
Seen and Agreed:

2

__/s/ Nathan Fisher_____
**Nathan Fisher, Esquire, VSB No. 37161**
**Counsel for Youri Beitdashtoo**
**LAW OFFICE OF NATHAN FISHER**
**3977 Chain Bridge Road, Suite #2**
**Fairfax, Virginia  22030**
**(703) 691-1642**
**fbarsad@cs.com**

PARTIES TO RECEIVE COPIES:

3

James W. Reynolds, Esquire (to be sent electronically)

Katherine M. Sutcliffe Becker, Esquire (to be sent electronically)

Nathan Fisher, Esquire (to be sent electronically)

#2053297v1  jwrpl-second order approval settlement  31070/02384

4