# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                          §
                                                §
Youri Beitdashtoo                               §        Case No. 11-16702
                                                §
                        Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter       of the United States Bankruptcy Code was filed on
     .  The case was converted to one under Chapter 7 on              .  The
undersigned trustee was appointed on              .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

            Funds were disbursed in the following amounts:

            Payments made under an interim
            disbursement
            Administrative expenses
            Bank service fees
            Other payments to creditors
            Non-estate funds paid to 3rd Parties
            Exemptions paid to the debtor
            Other payments to the debtor

            Leaving a balance on hand of[1]           $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was                 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $           .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $          , for a total compensation of $         [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $      , and now requests reimbursement for expenses of $          , for total expenses of $          [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/DONALD F. KING_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

_____
[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 11-16702 | BFK | Judge: | Brian F. Kenney | Trustee Name: | DONALD F. KING |
| Case Name: | Youri Beitdashtoo | | | | Date Filed (f) or Converted (c): | 03/22/2012 (c) |
| | | | | | 341(a) Meeting Date: | 04/30/2012 |
| For Period Ending: | 04/02/2014 | | | | Claims Bar Date: | 08/01/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  FUNDS TURNED OVER BY CHAPTER 13 TRUSTEE (u) | 0.00 | 20,100.00 | | 20,100.00 | FA |
| 2.  4054 41 STREET, N, McLEAN, VA 22010 t/e | 1,410,000.00 | 0.00 | | 0.00 | FA |
| 3.  CASH ON HAND | 40.00 | 0.00 | | 0.00 | FA |
| 4.  CHECKING AT WACHOVIA | 1,300.00 | 0.00 | | 0.00 | FA |
| 5.  CHECKING; PNC | 180.00 | 0.00 | | 0.00 | FA |
| 6.  CHECKING ACCOUNT W/CAPITAL BANK | 140.00 | 0.00 | | 0.00 | FA |
| 7.  CHECKING ACCOUNT W/CITIBANK | 25.00 | 0.00 | | 0.00 | FA |
| 8.  HOUSEHOLD GOODS | 4,700.00 | 0.00 | | 0.00 | FA |
| 9.  BOOKS, PICTURES, SMALL HOUSEHOLD ITEMS | 120.00 | 0.00 | | 0.00 | FA |
| 10.  WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 11.  RINGS, WEDDING RING, JEWELRY | 500.00 | 0.00 | | 0.00 | FA |
| 12.  CAMERA, BIDEOCAMERA, BIKES, EXERCISE EQUIPMENT | 500.00 | 0.00 | | 0.00 | FA |
| 13.  FEDERAL & STATE INCOME TAX REFUNDS | 10.00 | 0.00 | | 0.00 | FA |
| 14.  2008 HUMMER | 35,000.00 | 0.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $1,453,515.00      $20,100.00      $20,100.00      $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

NUMEROUS APPEALS BY CREDITOR FINALLY CONCLUDED - TFR TO UST 4/2/14

Initial Projected Date of Final Report (TFR): 12/31/2013      Current Projected Date of Final Report (TFR) 04/02/2014

Exhibit A

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 11-16702
Case Name: Youri Beitdashtoo

Taxpayer ID No: XX-XXX7941
For Period Ending: 04/02/2014

Trustee Name: DONALD F. KING
Bank Name: Virginia Heritage Bank
Account Number/CD#: XXXXXX4066
Checking Account
Blanket Bond (per case limit): $2,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/19/13 | | Transfer from Acct# XXXXXX0068 | Transfer of Funds | 9999-000 | $19,942.19 | | $19,942.19 |
| 07/08/13 | | Virginia Heritage Bank | Epiq Deposit Fee | 2600-000 | | $10.00 | $19,932.19 |
| 07/23/13 | 1001 | MARC E. ALBERT, TRUSTEE | SETTLEMENT PURSUANT ORDER ENTERED 5/30/13 DOCKET NO. 156 | 8500-002 | | $10,832.19 | $9,100.00 |
| 08/07/13 | | Virginia Heritage Bank | Epiq Deposit Fee | 2600-000 | | $20.42 | $9,079.58 |
| 09/09/13 | | Virginia Heritage Bank | Epiq Deposit Fee | 2600-000 | | $10.00 | $9,069.58 |
| 10/07/13 | | Virginia Heritage Bank | Epiq Deposit Fee | 2600-000 | | $10.00 | $9,059.58 |
| 11/07/13 | | Virginia Heritage Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,049.58 |
| 12/06/13 | | Virginia Heritage Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,039.58 |
| 01/08/14 | | Virginia Heritage Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,029.58 |
| 02/07/14 | | Virginia Heritage Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,019.58 |
| 03/07/14 | | Virginia Heritage Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,009.58 |
| 03/25/14 | 1002 | Insurance Partners Agency, Inc. | annual blanket  bond payment | 2300-000 | | $14.67 | $8,994.91 |

| | | |
|---|---|---|
| COLUMN TOTALS | $19,942.19 | $10,947.28 |
| Less: Bank Transfers/CD's | $19,942.19 | $0.00 |
| Subtotal | $0.00 | $10,947.28 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $19,942.19 | $10,947.28 |

Case 11-16702-BFK   Doc 163   Filed 07/23/14   Entered 07/23/14 11:17:09   Desc Main
Document   Page 6 of 16

Exhibit B

Page Subtotals:                                                              $0.00                    $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 11-16702 | Trustee Name: DONALD F. KING |
| Case Name: Youri Beitdashtoo | Bank Name: EagleBank |
| | Account Number/CD#: XXXXXX0068 |
| | Checking Account |
| Taxpayer ID No: XX-XXX7941 | Blanket Bond (per case limit): $2,000,000.00 |
| For Period Ending: 04/02/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/23/12 | 1 | THOMAS GORMAN, CHAPTER 13 TRUSTEE | TURNOVER OF CHAPTER 13 PLAN CONTRIBUTIONS | 1229-000 | $20,100.00 | | $20,100.00 |
| 02/12/13 | | Eagle Bank | BANK SERVICE CHARGE | 2600-000 | | $21.00 | $20,079.00 |
| 03/08/13 | | Eagle Bank | BANK SERVICE CHARGE | 2600-000 | | $19.00 | $20,060.00 |
| 03/27/13 | 1 | INSURANCE PARTNERS AGENCY, INC. 6190 Cochran Road, Suite E Solon, OH 44139 | TRUSTEE BOND POLICY 8215-38-66 3/13 - 3/14 | 2300-000 | | $54.81 | $20,005.19 |
| 04/09/13 | | Eagle Bank | BANK SERVICE CHARGE | 2600-000 | | $21.00 | $19,984.19 |
| 05/07/13 | | Eagle Bank | BANK SERVICE CHARGE | 2600-000 | | $21.00 | $19,963.19 |
| 06/10/13 | | Eagle Bank | BANK SERVICE CHARGE | 2600-000 | | $21.00 | $19,942.19 |
| 06/19/13 | | Transfer to Acct# XXXXXX4066 | Transfer of Funds | 9999-000 | | $19,942.19 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $20,100.00 | $20,100.00 |
| Less: Bank Transfers/CD's | $0.00 | $19,942.19 |
| Subtotal | $20,100.00 | $157.81 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $20,100.00 | $157.81 |

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0068 - Checking Account | $20,100.00 | $157.81 | $0.00 |
| XXXXXX4066 - Checking Account | $0.00 | $10,947.28 | $8,994.91 |
| | $20,100.00 | $11,105.09 | $8,994.91 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $20,100.00 |
| Total Gross Receipts: | $20,100.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-16702-BFK
Debtor Name: Youri Beitdashtoo
Claims Bar Date: 8/1/2012

Date: June 16, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| 100 2100 | *DONALD F. KING, TRUSTEE* 1775 Wiehle Ave., Suite 400 Reston, VA 20190 | Administrative Payment Status: Valid To Pay | | $0.00 | $1,676.78 | $1,676.78 |
| 100 2200 | *DONALD F. KING, TRUSTEE* 1775 Wiehle Ave., Suite 400 Reston, VA 20190 | Administrative Payment Status: Valid To Pay | EST. COSTS OF PHOTOCOPIES AND POSTAGE FOR TFR | $0.00 | $109.92 | $109.92 |
| 100 3110 | ODIN FELDMAN & PITTLEMAN P. C. 1775 WIEHLE AVE., SUITE 400 RESTON, VA 20190 | Administrative Payment Status: Valid To Pay | | $0.00 | $31,575.00 | $31,575.00 |
| 100 3120 | ODIN FELDMAN & PITTLEMAN P. C. 1775 WIEHLE AVE., SUITE 400 RESTON, VA 20190 | Administrative Payment Status: Valid To Pay | | $0.00 | $150.77 | $150.77 |
| 23 280 5800 | Internal Revenue Service P.O. Box 249 Memphis, Tn 38101-0249 | Priority Payment Status: Valid To Pay | Date Filed: 08/15/2012 | $0.00 | $13,172.63 | $13,172.63 |
| 1 300 7100 | Nordstrom Fsb P.O. Box 6566 Englewood, Co 80155 | Unsecured Payment Status: Valid To Pay | Date Filed: 09/15/2011 | $0.00 | $522.67 | $522.67 |
| 4 300 7100 | Department Stores National Bank/Macy"s Bankruptcy Processing Po Box 8053 Mason, Oh 45040 | Unsecured Payment Status: Valid To Pay | Date Filed: 09/22/2011 | $0.00 | $245.72 | $245.72 |
| 6 300 7100 | Portfolio Recovery Associates, Llc Po Box 41067 Norfolk Va 23541 | Unsecured Payment Status: Valid To Pay | Date Filed: 10/25/2011 | $0.00 | $17,501.33 | $17,501.33 |
| 7 300 7100 | N. A. Chase Bank Usa Po Box 15145 Wilmington, De 19850-5145 | Unsecured Payment Status: Valid To Pay | Date Filed: 10/25/2011 | $0.00 | $9,955.28 | $9,955.28 |

Page 1

Printed: June 16, 2014

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-16702-BFK                                                                    Date: June 16, 2014
Debtor Name: Youri Beitdashtoo
Claims Bar Date: 8/1/2012

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| 9<br>300<br>7100 | Candica, Llc<br>C O Weinstein And Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 11/23/2011 | $0.00 | $1,932.63 | $1,932.63 |
| 10<br>300<br>7100 | Candica, Llc<br>C O Weinstein And Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 11/23/2011 | $0.00 | $2,503.06 | $2,503.06 |
| 11<br>300<br>7100 | Candica, Llc<br>C O Weinstein And Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 11/28/2011 | $0.00 | $7,387.04 | $7,387.04 |
| 12<br>300<br>7100 | Lindia, Llc<br>C O Weinstein And Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 11/28/2011 | $0.00 | $3,269.31 | $3,269.31 |
| 13<br>300<br>7100 | Candica, Llc<br>C O Weinstein And Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 11/30/2011 | $0.00 | $4,754.46 | $4,754.46 |
| 14<br>300<br>7100 | Back Bowl I Llc, Series B<br>C O Weinstein And Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 11/30/2011 | $0.00 | $7,221.13 | $7,221.13 |
| 15<br>300<br>7100 | Candica, Llc<br>C O Weinstein And Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 11/30/2011 | $0.00 | $15,623.48 | $15,623.48 |
| 16<br>300<br>7100 | Portfolio Recovery Associates, Llc<br>Po Box 41067<br>Norfolk Va 23541 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 12/21/2011 | $0.00 | $2,358.76 | $2,358.76 |
| 17<br>300<br>7100 | Bmw Financial Services Na, Llc<br>P.O. Box 3608<br>Dublin, Oh 43016 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 12/22/2011 | $0.00 | $15,222.24 | $15,222.24 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-16702-BFK
Debtor Name: Youri Beitdashtoo
Claims Bar Date: 8/1/2012

Date: June 16, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 18 300 7100 | N. A. Hsbc Bank Nevada By Pra Receivables Management, Llc Po Box 12907 Norfolk Va 23541 | Unsecured Payment Status: Valid To Pay | Date Filed: 01/14/2012 | $0.00 | $2,470.79 | $2,470.79 |
| 19 300 7100 | N. A. Hsbc Bank Nevada By Pra Receivables Management, Llc Po Box 12907 Norfolk Va 23541 | Unsecured Payment Status: Valid To Pay | Date Filed: 01/17/2012 | $0.00 | $845.17 | $845.17 |
| 20 300 7100 | The Duff Law Firm C/O John B Connor Plc 1033 North Fairfax Street, Suite 310 Alexandria, Va 22314 | Unsecured Payment Status: Valid To Pay | Date Filed: 01/17/2012 | $0.00 | $5,836.16 | $5,836.16 |
| 22 300 7100 | Lvnv Funding, Llc Its Successors And Assigns As Assignee Of Fnbm Resurgent Capital Services Po Box 10587 Greenville, Sc 29603-0587 | Unsecured Payment Status: Valid To Pay | Date Filed: 07/16/2012 | $0.00 | $568.69 | $568.69 |
| 3 400 4110 | Suntrust Bank Attn:Support Services Po Box 85092 Richmond, Va 23286 | Secured Payment Status: Valid To Pay | Date Filed: 09/19/2011 | $39,912.00 | $39,770.94 | $0.00 |
| 5 400 4110 | Wachovia Mortgage Po Box 659558 San Antonio Tx 78265-9558 Attn: Bankruptcy | Secured Payment Status: Valid To Pay | Date Filed: 09/28/2011 | $802,750.00 | $799,588.20 | $0.00 |
| 8 400 4110 | Nationwide Registry C/O 11490 Commerce Park Dr., Suite 510 Reston, Va 20191-0000 | Secured Payment Status: Valid To Pay | Date Filed: 10/28/2011 | $91,000.00 | $91,000.00 | $0.00 |
| 21 400 4110 | Nationwide Registry C/O 11490 Commerce Park Dr., Suite 510 Reston, Va 20191-0000 | Secured Payment Status: Valid To Pay | Date Filed: 05/03/2012  DUPLICATE OF CLAIM 8 | $0.00 | $91,000.00 | $0.00 |
| 2 400 4210 | Ally Financial Inc. F/K/A Gmac Inc. P O Box 130424 Roseville, Mn 55113 | Secured Payment Status: Valid To Pay | Date Filed: 09/16/2011 | $35,549.00 | $35,038.51 | $0.00 |
| | Case Totals | | | $969,211.00 | $1,201,300.67 | $144,903.02 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 3

Printed: June 16, 2014

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-16702-BFK                                                                                          Date: June 16, 2014
Debtor Name: Youri Beitdashtoo
Claims Bar Date: 8/1/2012

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-16702
Case Name: Youri Beitdashtoo
Trustee Name: DONALD F. KING

Balance on hand                                                $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Ally Financial Inc. F/K/A Gmac Inc. | $ | $ | $ | $ |
| 21 | Nationwide Registry | $ | $ | $ | $ |
| 3 | Suntrust Bank | $ | $ | $ | $ |
| 5 | Wachovia Mortgage | $ | $ | $ | $ |
| 8 | Nationwide Registry | $ | $ | $ | $ |

Total to be paid to secured creditors          $_____

Remaining Balance                              $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: *DONALD F. KING, TRUSTEE* | $ | $ | $ |
| Trustee Expenses: *DONALD F. KING, TRUSTEE* | $ | $ | $ |
| Attorney for Trustee Fees: ODIN FELDMAN & PITTLEMAN P. C. | $ | $ | $ |
| Attorney for Trustee Expenses: ODIN FELDMAN & PITTLEMAN P. C. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses       $_____

Remaining Balance       $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 23 | Internal Revenue Service | $ | $ | $ |

Total to be paid to priority creditors       $_____

Remaining Balance       $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Nordstrom Fsb | $ | $ | $ |
| 4 | Department Stores National Bank/Macy"s | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Portfolio Recovery Associates, Llc | $ | $ | $ |
| 7 | N. A. Chase Bank Usa | $ | $ | $ |
| 9 | Candica, Llc | $ | $ | $ |
| 10 | Candica, Llc | $ | $ | $ |
| 11 | Candica, Llc | $ | $ | $ |
| 12 | Lindia, Llc | $ | $ | $ |
| 13 | Candica, Llc | $ | $ | $ |
| 14 | Back Bowl I Llc, Series B | $ | $ | $ |
| 15 | Candica, Llc | $ | $ | $ |
| 16 | Portfolio Recovery Associates, Llc | $ | $ | $ |
| 17 | Bmw Financial Services Na, Llc | $ | $ | $ |
| 18 | N. A. Hsbc Bank Nevada | $ | $ | $ |
| 19 | N. A. Hsbc Bank Nevada | $ | $ | $ |
| 20 | The Duff Law Firm | $ | $ | $ |
| 22 | Lvnv Funding, Llc Its Successors And Assigns As | $ | $ | $ |

Total to be paid to timely general unsecured creditors $_____

Remaining Balance $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE


        Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered
subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all
allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for
subordinated unsecured claims is anticipated to be        percent.

        Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered
subordinated by the Court are as follows:


NONE