UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
_____Alexandria_____ Division

In re:  Youri Beitdashtoo

DEBTOR NAME(S)                                                  Case No.   11-16702-BFK

              Debtor.

_____

ORDER DISCHARGING TRUSTEE AND CLOSING CASE
_____

    It appearing to the Court that  Donald King            , Trustee, has reduced the property and effects of the estate to cash; that the Trustee has made distribution thereof and has rendered a full and complete account thereof, and that said Trustee has performed all other and further duties required in the administration of said estate; and upon Application of the said Trustee, and the review by the United States Trustee, and it further appearing to the Court that nothing further remains to be done in this matter

    It is ORDERED that the said estate be and it hereby is closed; that the Trustee be and hereby is discharged and relieved of the trust.

                                                              WILLIAM C. REDDEN
                                                              CLERK OF COURT

Date: January 28, 2015                                        By: /s/ Sherri Stewart
                                                                      Deputy Clerk

                                                              NOTICE OF JUDGMENT ORDER
                                                              ENTERED ON DOCKET:
                                                              January 28, 2015